# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| **TRAILBOSS ENTERPRISES, INC.,** : | |
| An Alaska Corporation, : | |
| : | |
| **Plaintiff,** : | |
| : | Civil Action No.: 5:21-cv-00113-TES |
| v. : | |
| : | |
| **LAKOTA SOLUTIONS, LLC,** : | |
| A Georgia Limited Liability Company, : | |
| : | |
| **Defendant.** : | |

## **DEFENDANT LAKOTA SOLUTIONS, LLC'S MOTION FOR JUDGMENT ON THE PLEADINGS**

COMES NOW, Lakota Solutions, LLC ("Lakota"), Defendant in the above-styled action, and files this Motion for Judgment on the Pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, and moves this Court to enter judgment in its favor, showing this Court the following:

1.

Lakota relies on all pleadings and other records of this action to show that Lakota is entitled to judgment as a matter of law.

2.

In support of this Motion for Judgment on the Pleadings, Lakota relies upon the following:

      (a)    Lakota's Brief in Support of its Motion for Judgment on the Pleadings;

      (b)    All pleadings of records and exhibits attached thereto.

Respectfully submitted this 4th day of June, 2021.

                                              */s/   H.J. Strickland, Jr.*
                                              H.J. STRICKLAND, JR.
                                              Ga. State Bar No. 004450
                                              CHRISTOPHER J. ARNOLD
                                              Ga. State Bar No. 992314
                                              R. MATTHEW SHOEMAKER
                                              Ga. State Bar No. 339367
                                              JORDAN B. ELLIOTT
                                              Ga. State Bar No. 861627
                                              ***Attorneys for Lakota Solutions, LLC***

JONES CORK, LLP
435 Second Street, Suite 500
P. O. Box 6437
Macon, Georgia 31208-6437
(478) 745-2821 – *telephone*
(479) 743-9609 – *facsimile*
jay.strickland@jonescork.com
chris.arnold@jonescork.com
matt.shoemaker@jonescork.com
jordan.elliott@jonescork.com

## **CERTIFICATE OF SERVICE**

This is to certify that I have this date served a copy of the foregoing DEFENDANT LAKOTA SOLUTIONS, LLC's MOTION FOR JUDGMENT ON THE PLEADINGS and BRIEF IN SUPPORT OF DEFENDANT LAKOTA SOLUTIONS, LLC's MOTION FOR JUDGMENT ON THE PLEADINGS upon the following counsel of record, pursuant to Federal Rule of Civil Procedure 7.1, via the CM/ECF filing system:

**T. Joshua R. Archer**
Balch & Bingham LLP
30 Ivan Allen Jr. Boulevard N.W., Suite 700
Atlanta, Georgia 30308
jarcher@balch.com

**Shaun C. Kennedy**
555 17th Street, Suite 3200
Denver, Colorado 80201
sckennedy@hollandhart.com

**Michael J. Carrigan**
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, Colorado 80201
mjcarrigan@hollandhart.com

This 4th day of June, 2021.

                                                  */s/   H.J. Strickland, Jr.*
                                                  H.J. STRICKLAND, JR.
                                                  Ga. State Bar No. 004450
                                                  *Attorney for Lakota Solutions, LLC*

JONES CORK, LLP
435 Second Street, Suite 500
P. O. Box 6437
Macon, Georgia 31208-6437
(478) 745-2821 – *telephone*
(479) 743-9609 – *facsimile*